266 So.2d 712

**STATE of Louisiana ex rel. Willie BAKER**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

**No. 52835.**

Sept. 29, 1972.

·On considering the petition of relator in the above numbered and entitled cause:

It is ordered that the Honorable John C. Morris, Jr., Judge of the Fifth Judicial District Court, Parish of Richland, without undue delay, grant a full evidentiary hearing on relator's petition for a writ of habeas corpus filed in that Court and in this Court, and make a determination of the merits of his application after the hearing.